GOODWIN PROCTER LLP
PATRICK S. THOMPSON (Cal. Bar No. 160804)
101 California Street, Suite 1850
San Francisco, CA 94111
Tel: 415-733-6000
Fax: 415-677-9041

Attorneys For Defendants
WELLS FARGO HOME MORTGAGE, INC.;
WFC HOLDINGS CORPORATION;
WELLS FARGO & COMPANY; and
WELLS FARGO FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

*E-FILED - 8/23/06*

| | |
|---|---|
| ARMANDO and ALINDA MARTINEZ, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC.; WFC HOLDINGS CORPORATION; WELLS FARGO & COMPANY; and WELLS FARGO FINANCIAL SERVICES, INC.,<br><br>Defendants. | No.: C-06-03327 (RMW)<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[N.D. Cal. Civ. L. R. 16-2]<br><br>Date: August 25, 2006<br>Time: 10:30 a.m.<br>Courtroom: 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte |

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [] ORDER

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

This Joint Stipulation to Continue Case Management Conference is entered into between Plaintiffs ARMANDO and ALINDA MARTINEZ, on behalf of themselves and a class of others similarly situated (collectively, "plaintiffs"), and Defendants WELLS FARGO HOME MORTGAGE, INC., WFC HOLDINGS CORPORATION, WELLS FARGO & COMPANY, and WELLS FARGO FINANCIAL SERVICES, INC. (collectively, "defendants"), by and through their counsel of record, with reference to the following facts:

1. On May 19, 2006, plaintiffs filed a Class Action Complaint ("Complaint") in this Court against defendants. Defendants' responsive pleading originally was due July 12, 2006.

2. On July 14, 2006, the parties agreed to extend defendants' response date to the Complaint to August 11, 2006. *See* Dkt. No. 3.

3. A Case Management Conference is currently calendared for August 25, 2006, at 10:30 a.m. *See* Dkt. No. 2.

4. Counsel for defendants is unavailable for the Case Management Conference on August 25, 2006.

5. In light of the fact that defendants' responsive pleading is not due until August 11, 2006, and that counsel for defendants is unavailable for the currently calendared Case Management Conference, the parties seek to contine the Case Management Conference until September 22, 2006.

6. The parties propose the following revised case management schedule and ADR deadlines:

| Date | Action |
|---|---|
| 9/1/06 | Last day to:<br>• meet and confer<br>• file ADR Certification<br>• file Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 9/15/06 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| 9/22/06 | Initial Case Management Conference |

1   IT IS THEREFORE STIPULATED that, subject to the approval of the Court, the Case

2   Management Conference currently calendared for August 25, 2006, should be continued to

3   September 22, 2006, with all deadlines relating to the Case Management Conference continued

4   accordingly.

5

6   Dated:  July 31, 2006.

7                                                                    GOODWIN PROCTER LLP
                                                                     PATRICK S. THOMPSON
8                                                                    101 California Street, Suite 1850
                                                                     San Francisco, CA 94111
                                                                     Tel:  415-733-6000
9                                                                    Fax:  415-677-9041

10

11                                                                   By _____/s/ Patrick S. Thompson_____

12                                                                   Attorneys for Defendants
                                                                     WELLS FARGO HOME MORTGAGE, INC.;
                                                                     WFC HOLDINGS CORPORATION;
13                                                                   WELLS FARGO & COMPANY;
                                                                     WELLS FARGO FINANCIAL SERVICES, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [] ORDER

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, PATRICK S. THOMPSON, hereby declare pursuant to general Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on July 31, 2006, at San Francisco, California.

PACKARD, PACKARD & JOHNSON
RONALD D. PACKARD
VON G. PACKARD
JACQUETA BARDACOS
Four Main Street – Suite 200
Los Altos, CA 94022-2902
Tel: 650-947-7300
Fax: 650-947-7301

By [concurrence obtained, General Order 45, § X.B]
Ronald D. Packard

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
TIMOTHY G. BLOOD
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
Fax: 619-231-7423

By [concurrence obtained, General Order 45, § X.B]
Timothy G. Blood

THE LAW OFFICE OF MICHAEL E. HUBER, PC
MICHAEL E. HUBER
8170 S. Highland Drive, Suite E5
Sandy, UT 84093
Tel: 801-733-5807
Fax: 801-733-0132

By [concurrence obtained, General Order 45, § X.B]
Michael E. Huber

Attorneys for Plaintiffs
ARMANDO and ALINDA MARTINEZ, on behalf of themselves and a class of others similarly situated

**[] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

For good cause shown in the Joint Stipulation to Continue Case Management Conference, PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference currently calendared for August 25, 2006, is continued to September 22, 2006, with all deadlines relating to the Case Management Conference continued accordingly.

Dated:  8/23/06   　　　　　　　　　　   /S/ RONALD M. WHYTE

　　　　　　　　　　　　　　　　　　　　　HON. RONALD M. WHYTE