GOODWIN PROCTER LLP
PATRICK S. THOMPSON (Cal. Bar No. 160804)
101 California Street, Suite 1850
San Francisco, CA 94111
Tel: 415-733-6000
Fax: 415-677-9041
Email: pthompson@goodwinprocter.com

THOMAS M. HEFFERON (Admitted *Pro Hac Vice*)
WILLIAM F. SHEEHAN (Admitted *Pro Hac Vice*)
901 New York Avenue, N.W.
Washington, DC 20001
Tel: 202-346-4000
Fax: 202-346-4444
Email: thefferon@goodwinprocter.com
wsheehan@goodwinprocter.com

Counsel For Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

*E-FILED - 12/7/06*

ARMANDO and ALINDA MARTINEZ, on behalf of themselves and a class of others similarly situated,

Plaintiffs,

vs.

WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO FINANCIAL SERVICES, INC., and WELLS FARGO REAL ESTATE TAX SERVICES, LLC,

Defendants.

No.: C-06-03327 (RMW)

**JOINT STIPULATION TO ENLARGE TIME; DECLARATION OF WILLIAM F. SHEEHAN; [] ORDER**

[N.D. Civ. L. Rule 6-1(a)]

Date: December 15, 2006
Time: 9:00 a.m.
Courtroom: 6, 4th Floor
Judge: Hon. Ronald M. Whyte



Goodwin Procter LLP
101 California St
San Francisco, CA 94111

**JOINT STIPULATION TO ENLARGE TIME**

This Joint Stipulation to Enlarge Time is entered into between Plaintiffs ARMANDO and ALINDA MARTINEZ, on behalf of themselves and a class of others similarly situated (collectively, "plaintiffs"), and Defendants WELLS FARGO BANK, N.A. ("Wells Fargo"), WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO FINANCIAL SERVICES, INC., and WELLS FARGO REAL ESTATE TAX SERVICES, LLC (collectively "Defendants"), by and through their counsel of record, with reference to the following facts:

1. On October 6, 2006, plaintiffs filed a First Amended Class Action Complaint ("First Amended Complaint") in this Court against defendants.

2. On November 3, 2006, Defendants filed a Motion to Dismiss the First Amended Complaint.

3. On November 27, 2006, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss the First Amended Complaint.

4. The Court will hold a hearing on the Motion to Dismiss the First Amended Complaint on December 15, 2006, at 9:00 a.m. *See* Dkt. No. 26.

5. Local Rule 7-3(c) requires that any reply to an opposition must be served and filed not less than 14 days before the hearing date. Therefore, Defendants must file their reply brief no later than this Friday, December 1, 2006. That allows Defendants only four days to draft, serve and file their reply.

6. Plaintiffs have consented to an order from the Court extending the time within which the Defendants may file a reply to Monday, December 4, 2006.

7. The Court has granted two time extensions in this case. On July 14, 2006, the parties filed a Joint Stipulation to enlarge the time within which the Defendants must answer or otherwise respond to plaintiffs' complaint. On July 31, the parties filed a Joint Stipulation to continue the Case Management Conference and all related deadlines from August 25, 2006 to September 22, 2006. The Court entered an order continuing the Case Management Conference and all related deadlines on August 23, 2006.

Goodwin Procter LLP
101 California St
San Francisco, CA 94111

8. Enlarging the time within which Defendants may file a reply should not effect the Court's ability to proceed with the hearing scheduled for December 15, 2006.

IT IS THEREFORE STIPULATED that, subject to the approval of the Court, that the time within which Defendants may file a reply shall be enlarged to and including Monday, December 4, 2006.

November 28, 2006.

GOODWIN PROCTER LLP
PATRICK S. THOMPSON (Cal. Bar No. 160804)
101 California Street, Suite 1850
San Francisco, CA 94111
Tel: 415-733-6000
Fax: 415-677-9041

THOMAS M. HEFFERON (Admitted *Pro Hac Vice*)
WILLIAM F. SHEEHAN (Admitted *Pro Hac Vice*)
901 New York Avenue, N.W.
Washington, DC 20001
Tel: 202-346-4000
Fax: 202-346-4444

By _______/s/ William F. Sheehan____________

Attorney for Defendants
WELLS FARGO HOME MORTGAGE, INC.;
WFC HOLDINGS CORPORATION;
WELLS FARGO & COMPANY;
WELLS FARGO FINANCIAL SERVICES, INC.

Goodwin Procter LLP
101 California St
San Francisco, CA 94111

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, WILLIAM F. SHEEHAN, hereby declare pursuant to general Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on November 28, 2006, at Washington, DC.

/s/ William F. Sheehan

THE LAW OFFICE OF MICHAEL E. HUBER, PC
MICHAEL E. HUBER
8170 S. Highland Drive, Suite E5
Sandy, UT 84093
Tel: 801-733-5807
Fax: 801-733-0132

By [concurrence obtained, General Order 45, § X.B]
Michael E. Huber

Attorney for Plaintiffs
ARMANDO and ALINDA MARTINEZ, on behalf of themselves and a class of others similarly situated

Goodwin Procter LLP
101 California St
San Francisco, CA 94111

**DECLARATION OF WILLIAM F. SHEEHAN IN SUPPORT OF JOINT STIPULATION TO ENLARGE TIME**

I, WILLIAM F. SHEEHAN, pursuant to Local Rule 6-2(a), hereby declare:

1. The Court will hold a hearing on the Motion to Dismiss the First Amended Complaint on December 15, 2006, at 9:00 a.m. *See* Dkt. No. 26.

2. Local Rule 7-3(c) requires that any reply to an opposition must be served and filed not less than 14 days before the hearing date. Therefore, Defendants must file their reply brief no later than this Friday, December 1, 2006. That allows Defendants only four days to draft, serve and file their reply.

3. Plaintiffs have consented to an order from the Court extending the time within which the Defendants may file a reply to Monday, December 4, 2006.

4. The Court has granted two time extensions in this case. On July 14, 2006, the parties filed a Joint Stipulation to enlarge the time within which the Defendants must answer or otherwise respond to plaintiffs' complaint. On July 31, the parties filed a Joint Stipulation to continue the Case Management Conference and all related deadlines from August 25, 2006 to September 22, 2006. The Court entered an order continuing the Case Management Conference and all related deadlines on August 23, 2006.

5. Enlarging the time within which Defendants may file a reply should not effect the Court's ability to proceed with the hearing scheduled for December 15, 2006.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on November 28, 2006, at Washington, DC.

________/s/ William F. Sheehan_____________

**[] ORDER ENLARGING TIME**

For good cause shown in the Joint Stipulation to Enlarge Time, PURSUANT TO STIPULATION, IT IS SO ORDERED that that the time within which Defendants may file a reply is extended until Monday, December 4, 2006.

Dated: _12/7/06________

___/s/ Ronald M. Whyte________________
HON. RONALD M. WHYTE

Goodwin Procter LLP
101 California St
San Francisco, CA 94111