1  PACKARD, PACKARD & JOHNSON
   Ronald D. Packard (Cal. Bar No. 72173)
2  Von G. Packard (Cal. Bar No. 74877)
   Jacquetta Bardacos (Cal. Bar No. 139211)
3  Four Main Street – Suite 200
   Los Altos, CA 94022-2902
4  Tel: (650) 947-7300
   Fax: (650) 947-7301
5  Email: rdpackard@packard.com

6  LERACH COUGHLIN STOIA
   GELLER RUDMAN & ROBBINS LLP
7  Timothy G. Blood (Cal. Bar No. 149343)
   401 B Street, Suite 1700
8  San Diego, CA 92101
   Tel: (619) 231-1058
9  Fax: (619) 231-7423
   Email: timb@lerachlaw.com
10
   Attorneys for Plaintiffs
11 ARMANDO and ALINDA MARTINEZ,
   on behalf of themselves and a class of others similarly situated
12
   GOODWIN PROCTER LLP
13 Patrick S. Thompson (Cal. Bar No. 160804)
   Robert B. Bader (Cal. Bar No. 233165)
14 101 California Street, Suite 1850
   San Francisco, CA 94111
15 Tel:  (415) 733-6000
   Fax: (415) 677-9041
16 Email: pthompson@goodwinprocter.com

17 Thomas M. Hefferon (Admitted *Pro Hac Vice*)
   William F. Sheehan (Admitted *Pro Hac Vice*)
18 901 New York Avenue, N.W.
   Washington, DC 20001
19 Tel: (202) 346-4000
   Fax: (202) 346-4444
20 Email: thefferon@goodwinprocter.com

21 Attorneys For Defendants
   WELLS FARGO BANK, N.A.; WELLS FARGO
22 HOME MORTGAGE, INC.; WELLS FARGO
   FINANCIAL SERVICES, INC.; and WELLS
23 FARGO REAL ESTATE TAX SERVICES, LLC

24

25

26

27

28

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [] ORDER

Goodwin Procter LLP
101 California St
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

*E-FILED - 1/24/07*

| | |
|---|---|
| ARMANDO and ALINDA MARTINEZ, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO FINANCIAL SERVICES, INC.; and WELLS FARGO REAL ESTATE TAX SERVICES, LLC<br><br>Defendants. | No.: C-06-03327 (RMW) (RS)<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[N.D. Cal. Civ. L. R. 16-2]<br><br>Date:  February 2, 2007<br>Time:  10:30 a.m.<br>Courtroom: 6, 4th Floor<br>Judge:  Hon. Ronald M. Whyte |

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

This Joint Stipulation to Continue Case Management Conference is entered into between Plaintiffs Armando and Alinda Martinez, on behalf of themselves and a class of others similarly situated (collectively, "plaintiffs"), and Defendants Wells Fargo Bank, N.A.; Wells Fargo Home Mortgage, Inc.; Wells Fargo Financial Services, Inc.; and Wells Fargo Real Estate Tax Services, LLC (collectively, "Wells Fargo"), by and through their counsel of record, with reference to the following facts:

1. A Case Management Conference is currently calendared for February 2, 2007, at 10:30 a.m.

2. Due to scheduling conflict, counsel for defendants is unavailable for the Case Management Conference on February 2, 2007.

3. The Court's next available date for case management conferences is February 16, 2007.

4. In light of the fact that counsel for defendants is unavailable for the currently calendared Case Management Conference, the parties seek to contine the Case Management Conference until February 16, 2007.

5. The parties propose the following revised case management schedule and deadlines:

| | |
|---|---|
| 1/17/07 | Last day to meet and confer |
| 2/9/07 | Last day to file Case Management Statement |
| 2/16/07 | Case Management Conference |

IT IS THEREFORE STIPULATED that, subject to the approval of the Court, the Case Management Conference currently calendared for February 2, 2007, should be continued to February 16, 2007, with all deadlines relating to the Case Management Conference continued accordingly.

Dated:  January 5, 2007.

GOODWIN PROCTER LLP
PATRICK S. THOMPSON
ROBERT B. BADER
101 California Street, Suite 1850
San Francisco, CA 94111
Tel:  415-733-6000
Fax:  415-677-9041


By _____/s/ Patrick S. Thompson_____

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO FINANCIAL SERVICES, INC.; and WELLS FARGO REAL ESTATE TAX SERVICES, LLC

**Goodwin Procter LLP**
101 California St
San Francisco, CA 94111

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Robert B. Bader, hereby declare pursuant to general Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on January 5, 2007 at San Francisco, CA.

> PACKARD, PACKARD & JOHNSON
> RONALD D. PACKARD
> VON G. PACKARD
> JACQUETA BARDACOS
> Four Main Street – Suite 200
> Los Altos, CA 94022-2902
> Tel: 650-947-7300
> Fax: 650-947-7301
>
> By [concurrence obtained, General Order 45, § X.B]
>       Ronald D. Packard
>
> LERACH COUGHLIN STOIA GELLER
> RUDMAN & ROBBINS LLP
> TIMOTHY G. BLOOD
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Tel: 619-231-1058
> Fax: 619-231-7423
>
> By [concurrence obtained, General Order 45, § X.B]
>       Timothy G. Blood
>
> THE LAW OFFICE OF MICHAEL E. HUBER, PC
> MICHAEL E. HUBER
> 8170 S. Highland Drive, Suite E5
> Sandy, UT 84093
> Tel: 801-733-5807
> Fax: 801-733-0132
>
> By [concurrence obtained, General Order 45, § X.B]
>       Michael E. Huber
>
> Attorneys for Plaintiffs
> ARMANDO and ALINDA MARTINEZ, on behalf of themselves and a class of others similarly situated

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

For good cause shown in the Joint Stipulation to Continue Case Management Conference, PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference currently calendared for February 2, 2007, is continued to February 16, 2007, with all deadlines relating to the Case Management Conference continued accordingly.

Dated: 1/24/07          /s/ Ronald M. Whyte

HON. RONALD M. WHYTE

Goodwin Procter LLP
101 California St
San Francisco, CA 94111