1
2
3
4
5
6
7

*E-FILED - 3/14/07*

8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

10
11
12
13
14
15
16
17
18

ARMANDO and ALINDA MARTINEZ, on behalf of themselves and a class of others similarly situated,

　　　　　　　　Plaintiffs,

vs.

WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO FINANCIAL SERVICES, INC.; and WELLS FARGO REAL ESTATE TAX SERVICES, LLC

　　　　　　　　Defendants.

No.: C-06-03327 (RMW) (RS)

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND  ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

[N.D. Cal. Civ. L. R. 16-2]

Date:  March 16, 2007
Time:  10:30 a.m.
Courtroom: 6, 4th Floor
Judge:  Hon. Ronald M. Whyte

19

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

20

This Joint Stipulation to Continue Case Management Conference is entered into between

21

Plaintiffs Armando and Alinda Martinez, on behalf of themselves and a class of others similarly

22

situated (collectively, "plaintiffs"), and Defendants Wells Fargo Bank, N.A.; Wells Fargo Home

23

Mortgage, Inc.; Wells Fargo Financial Services, Inc.; and Wells Fargo Real Estate Tax Services,

24

LLC (collectively, "Wells Fargo"), by and through their counsel of record, with reference to the

25

following facts:

26

　　　　　1.　A Case Management Conference is currently calendared for March 16, 2007, at 10:30

27

a.m.

28

Goodwin Procter LLP
101 California St
San Francisco, CA 94111

Goodwin Procter LLP
101 California St
San Francisco, CA 94111

2.   This March 16, 2007 date was set by the Court, however, due to a scheduling conflict, lead counsel for defendants is not available to be present for the Case Management Conference.

3.   The Court has not yet ruled on Defendants' Motion to Dismiss, and the Court stated at that it wants to hold the Case Management Conference after it rules on Defendants' Motion.

4.   In light of the fact that counsel for defendants is unavailable for the currently calendared Case Management Conference, and that the Court has not yet issued a ruling on Defendants' Motion to Dismiss, the parties seek to continue the Case Management Conference until April 20, 2007.

5.   The parties propose the following revised case management schedule and deadlines:

3/21/07        Last day to meet and confer

4/13/07        Last day to file Case Management Statement

4/20/07        Case Management Conference

IT IS THEREFORE STIPULATED that, subject to the approval of the Court, the Case Management Conference currently calendared for March 16, 2007, should be continued to April 20, 2007, with all deadlines relating to the Case Management Conference continued accordingly.

Dated:  March 9, 2007.                     GOODWIN PROCTER LLP
                                           PATRICK S. THOMPSON
                                           ROBERT B. BADER
                                           101 California Street, Suite 1850
                                           San Francisco, CA 94111
                                           Tel: 415-733-6000
                                           Fax: 415-677-9041


                                           By _____/s/ Robert B. Bader_____

                                           Attorneys for Defendants
                                           WELLS FARGO BANK, N.A.; WELLS FARGO
                                           HOME MORTGAGE, INC.; WELLS FARGO
                                           FINANCIAL SERVICES, INC.; and WELLS
                                           FARGO REAL ESTATE TAX SERVICES, LLC

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Robert B. Bader, hereby declare pursuant to general Order 45, § X.B, that I have obtained

the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on March 9, 2007 at San Francisco, CA.

PACKARD, PACKARD & JOHNSON
RONALD D. PACKARD
VON G. PACKARD
JACQUETA BARDACOS
Four Main Street – Suite 200
Los Altos, CA 94022-2902
Tel: 650-947-7300
Fax: 650-947-7301

By [concurrence obtained, General Order 45, § X.B]
                        Ronald D. Packard

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
TIMOTHY G. BLOOD
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel:  619-231-1058
Fax:  619-231-7423

By [concurrence obtained, General Order 45, § X.B]
                        Timothy G. Blood

THE LAW OFFICE OF MICHAEL E. HUBER, PC
MICHAEL E. HUBER
8170 S. Highland Drive, Suite E5
Sandy, UT 84093
Tel:  801-733-5807
Fax:  801-733-0132

By [concurrence obtained, General Order 45, § X.B]
                        Michael E. Huber

Attorneys for Plaintiffs
ARMANDO and ALINDA MARTINEZ, on behalf
of themselves and a class of others similarly
situated

Goodwin Procter LLP
101 California St
San Francisco, CA 94111

4

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

For good cause shown in the Joint Stipulation to Continue Case Management Conference, PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference currently calendared for March 16, 2007, is continued to April 20, 2007, with all deadlines relating to the Case Management Conference continued accordingly.

Dated:   3/14/07

*Ronald M. Whyte*

HON. RONALD M. WHYTE

Goodwin Procter LLP
101 California St
San Francisco, CA 94111

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND  ORDER