| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | TIMOTHY G. BLOOD (149343) |
|   | LESLIE E. HURST (178432) |
| 3 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 5 | timb@lerachlaw.com |
|   | leslieh@lerachlaw.com |
| 6 | |
|   | Attorneys for Plaintiffs |
| 7 | |
|   | [Additional counsel appear on signature page.] |
| 8 | |
|   | GOODWIN PROCTER LLP |
| 9 | PATRICK S. THOMPSON (160804) |
|   | ROBERT B. BADER (233165) |
| 10 | 101 California Street, Suite 1850 |
|    | San Francisco, CA  94111 |
| 11 | Telephone:  415/733-6000 |
|    | 415/677-9041 (fax) |
| 12 | pthompson@goodwinprocter.com |
| 13 | Attorneys for Defendants |
| 14 | [Additional counsel appear on signature page.] |

*E-FILED - 4/19/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ARMANDO and ALINDA MARTINEZ, on Behalf of Themselves and a Class of Others Similarly Situated, | ) ) ) | No. C-06-03327-RMW(RS) |
| | ) | CLASS ACTION |
| Plaintiffs, | ) ) | JOINT STIPULATION AND [] ORDER TO CONTINUE CASE |
| vs. | ) ) | MANAGEMENT CONFERENCE |
| WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO FINANCIAL SERVICES, INC. and WELLS FARGO REAL ESTATE TAX SERVICES, LLC, | ) ) ) ) ) | [N.D. Cal. Civ. L. R. 16-2] |
| | ) ) ) ) | Date:    April 20, 2007<br>Time:    10:30 a.m.<br>Crtrm:  6 – Fourth Floor<br>Judge:  Hon. Ronald M. Whyte |
| Defendants. | ) ) | |

This Joint Stipulation to Continue Case Management Conference is entered into between plaintiffs Armando and Alinda Martinez, on behalf of themselves and a class of others similarly situated (collectively, "plaintiffs"), and defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Inc., Wells Fargo Financial Services, Inc. and Wells Fargo Real Estate Tax Services, LLC (collectively, "Wells Fargo"), by and through their counsel of record, with reference to the following facts:

1. A Case Management Conference ("CMC") is currently scheduled for April 20, 2007, at 10:30 a.m.

2. Plaintiffs' amended complaint is currently due to be filed April 19, 2007, but that date is being changed to April 30, 2007 at plaintiffs' request by a concurrently filed joint stipulation and proposed order.

3. Due to the timing of the amended complaint, defendants seek a continuance of the CMC until June 1, 2007 (the next date which is mutually available for the Court and the parties).

4. Plaintiffs do not object to continuing the CMC and agree that the CMC be continued until June 1, 2007.

5. Even if the Court does not order continuance of the CMC to June 1, 2007, the parties nonetheless jointly stipulate and request that the Court order an extension for plaintiffs to file their amended complaint.

IT IS THEREFORE STIPULATED that, subject to the approval of the Court, the Case Management Conference currently calendared for April 20, 2007 should be continued to June 1, 2007, with all deadlines relating to the Case Management Conference continued accordingly.

DATED: April 17, 2007                         LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
                                              TIMOTHY G. BLOOD
                                              LESLIE E. HURST


                                                  /s/ Leslie E. Hurst
                                              LESLIE E. HURST

1
2  655 West Broadway, Suite 1900
   San Diego, CA  92101
3  Telephone:  619/231-1058
   619/231-7423 (fax)
4
   PACKARD, PACKARD & JOHNSON
5  RONALD D. PACKARD
   VON G. PACKARD
6  JACQUETTA BARDACOS
   Four Main Street, Suite 200
7  Los Altos, CA  94022-2902
   Telephone:  650/947-7300
8  650/947-7301 (fax)

9  LAW OFFICES OF MICHAEL HUBER
   MICHAEL E. HUBER
10 8170 South Highland Drive, Suite E5
   Sandy, UT  84093
11 Telephone:  801/733-5807
   801/733-0132 (fax)
12
   Attorneys for Plaintiffs
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION PURSUANT TO GENERAL ORDER 45, §X.B**

I, Leslie E. Hurst, hereby declare pursuant to General Order 45, §X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 17, 2007 at San Diego, California.

> GOODWIN PROCTER LLP
> PATRICK S. THOMPSON
> ROBERT B. BADER
> 101 California Street, Suite 1850
> San Francisco, CA 94111
> 415/733-6000
> 415/677-9041 (fax)
>
> By: [Concurrence obtained, General Order 45, §X.B]
>      ROBERT B. BADER
>
> GOODWIN PROCTER LLP
> THOMAS M. HEFFERON
> WILLIAM F. SHEEHAN
> 901 New York Avenue, N.W.
> Washington, DC 20001
> 202/346-4000
> 202/346-4444 (fax)
>
> By: [Concurrence obtained, General Order 45, §X.B]
>      THOMAS M. HEFFERON
>
> Attorneys for Defendants
> Wells Fargo Bank, N.A., Wells Fargo Home
> Mortgage, Inc., Wells Fargo Financial Services, Inc.
> and Wells Fargo Real Estate Tax Services, LLC

1
2
**[] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**

For good cause shown and PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED that the Case Management Conference currently scheduled for April 20, 2007, is continued to June 1, 2007, with all deadlines relating to the Case Management Conference continued accordingly.

IT IS SO ORDERED.

DATED:  4/19/07                      *Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Wells Fargo_RESPA\STP 00041065.doc

JOINT STIP AND [] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE - C-06-03327-RMW(RS)                                           - 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   /s/ Leslie E. Hurst
LESLIE E. HURST

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: leslieh@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03327-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Bader**
  rbader@goodwinprocter.com

- **Jacquetta Bardacos**
  jbardacos@packard.com jsimmons@packard.com

- **Timothy G. Blood**
  timb@lerachlaw.com ahull@lerachlaw.com

- **Thomas M. Hefferon**
  thefferon@goodwinprocter.com

- **Ronald D Packard**
  rdpackard@packard.com jsimmons@packard.com

- **Von G. Packard**
  vpackard@packard.com jsimmons@packard.com

- **William F. Sheehan**
  wsheehan@goodwinprocter.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Michael E. Huber**
The Law Offices of Michael E. Huber PC
8170 S. Highland Drive
Suite E5
Sandy, UT 84093