LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
timb@lerachlaw.com
leslieh@lerachlaw.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

GOODWIN PROCTER LLP
PATRICK S. THOMPSON (160804)
ROBERT B. BADER (233165)
101 California Street, Suite 1850
San Francisco, CA  94111
Telephone:  415/733-6000
415/677-9041 (fax)
pthompson@goodwinprocter.com

Attorneys for Defendants

*E-FILED - 4/19/07*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARMANDO and ALINDA MARTINEZ, on Behalf of Themselves and a Class of Others Similarly Situated,<br><br>   Plaintiffs,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO FINANCIAL SERVICES, INC. and WELLS FARGO REAL ESTATE TAX SERVICES, LLC,<br><br>   Defendants. | No. C-06-03327-RMW(RS)<br><br>CLASS ACTION<br><br>JOINT STIPULATION TO EXTEND DATE FOR FILING AMENDED COMPLAINT; DECLARATION OF LESLIE E. HURST; [] ORDER<br><br>[N.D. Cal. Civ. L. R. 6-2]<br><br>Crtrm:   6 – Fourth Floor<br>Judge:   Hon. Ronald M. Whyte |

1  This Joint Stipulation to Extend Date for Filing Amended Complaint is entered into between plaintiffs Armando and Alinda Martinez, on behalf of themselves and a class of others similarly situated (collectively, "plaintiffs"), and defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Inc., Wells Fargo Financial Services, Inc. and Wells Fargo Real Estate Tax Services, LLC (collectively, "Wells Fargo"), by and through their counsel of record, with reference to the following facts:

1. The Court's March 30, 2007 order on defendants' motion to dismiss gave plaintiffs 20 days (or until April 19, 2007) to file an amended complaint.

2. Counsel for plaintiffs have requested an extension to file the amended complaint due to unforeseen scheduling conflicts and out-of-town work commitments. Plaintiffs propose that the amended complaint be filed April 30, 2007.

3. Counsel for defendants do not object to an extension and agree that the amended complaint be filed April 30, 2007.

IT IS THEREFORE STIPULATED that, subject to the approval of the Court, the filing date of plaintiffs' amended complaint, currently set for April 19, 2007, should be extended to April 30, 2007.

DATED: April 17, 2007            LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
                                 TIMOTHY G. BLOOD
                                 LESLIE E. HURST


                                 /s/ Leslie E. Hurst
                                       LESLIE E. HURST

                                 655 West Broadway, Suite 1900
                                 San Diego, CA  92101
                                 Telephone:  619/231-1058
                                 619/231-7423 (fax)

JOINT STIP TO EXTEND DATE FOR FILING AMENDED COMPLAINT;
DEC OF LESLIE E. HURST; [] ORDER - C-06-03327-RMW(RS)                                - 1 -

PACKARD, PACKARD & JOHNSON
RONALD D. PACKARD
VON G. PACKARD
JACQUETTA BARDACOS
Four Main Street, Suite 200
Los Altos, CA  94022-2902
Telephone:  650/947-7300
650/947-7301 (fax)

LAW OFFICES OF MICHAEL HUBER
MICHAEL E. HUBER
8170 South Highland Drive, Suite E5
Sandy, UT  84093
Telephone:  801/733-5807
801/733-0132 (fax)

Attorneys for Plaintiffs

**DECLARATION PURSUANT TO GENERAL ORDER 45, §X.B**

I, Leslie E. Hurst, hereby declare pursuant to General Order 45, §X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 17, 2007 at San Diego, California.

>GOODWIN PROCTER LLP
>PATRICK S. THOMPSON
>ROBERT B. BADER
>101 California Street, Suite 1850
>San Francisco, CA 94111
>415/733-6000
>415/677-9041 (fax)
>
>By: [Concurrence obtained, General Order 45, §X.B]
>     ROBERT B. BADER
>
>GOODWIN PROCTER LLP
>THOMAS M. HEFFERON
>WILLIAM F. SHEEHAN
>901 New York Avenue, N.W.
>Washington, DC 20001
>202/346-4000
>202/346-4444 (fax)
>
>By: [Concurrence obtained, General Order 45, §X.B]
>     THOMAS M. HEFFERON
>
>Attorneys for Defendants
>Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Inc., Wells Fargo Financial Services, Inc. and Wells Fargo Real Estate Tax Services, LLC

**DECLARATION OF LESLIE E. HURST IN SUPPORT OF
JOINT STIPULATION TO EXTEND TIME**

I, Leslie Hurst, pursuant to Local Rule 6-2(a), hereby declare:

1.  Plaintiffs are requesting an extension of time for filing their amended complaint from April 19, 2007 to April 30, 2007. Plaintiffs request this extension because of unforeseen scheduling conflicts caused by unforeseen out-of-town work commitments.

2.  Plaintiffs have not previously requested an extension of time for filing the amended complaint.

3.  The Court has granted other time extensions in this case. On July 14, 2006, the parties filed a joint stipulation to enlarge the time within which the defendants must answer or otherwise respond to plaintiffs' complaint. The Court has also granted requested continuances of Case Management Conferences.

4.  Extending the time within which plaintiffs may file their amended complaint need not affect the current dates scheduled in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2007, at San Diego, California.

                                              /s/ Leslie E. Hurst
                                              LESLIE E. HURST

**[] ORDER EXTENDING DATE FOR
FILING AMENDED COMPLAINT**

For good cause shown and PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED that plaintiffs may file their amended complaint up to and including April 30, 2007.

IT IS SO ORDERED.

DATED: __4/19/07_____                      *Ronald M. Whyte*
                                                                    THE HONORABLE RONALD M. WHYTE
                                                                    UNITED STATES DISTRICT JUDGE

S:\CasesSD\Wells Fargo_RESPA\STP 00041052.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

　　　　　　　　　　　　　　　　　　 /s/ Leslie E. Hurst
　　　　　　　　　　　　　　　　　　LESLIE E. HURST

　　　　　　　　　　　　　　　　　　LERACH COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP
　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　　　　　　　San Diego, CA  92101
　　　　　　　　　　　　　　　　　　Telephone:  619/231-1058
　　　　　　　　　　　　　　　　　　619/231-7423 (fax)
　　　　　　　　　　　　　　　　　　E-mail: leslieh@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03327-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Bader**
  rbader@goodwinprocter.com

- **Jacquetta Bardacos**
  jbardacos@packard.com jsimmons@packard.com

- **Timothy G. Blood**
  timb@lerachlaw.com ahull@lerachlaw.com

- **Thomas M. Hefferon**
  thefferon@goodwinprocter.com

- **Ronald D Packard**
  rdpackard@packard.com jsimmons@packard.com

- **Von G. Packard**
  vpackard@packard.com jsimmons@packard.com

- **William F. Sheehan**
  wsheehan@goodwinprocter.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Michael E. Huber**
The Law Offices of Michael E. Huber PC
8170 S. Highland Drive
Suite E5
Sandy, UT 84093