*E-FILED - 4/19/07*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARMANDO and ALINDA MARTINEZ, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO FINANCIAL SERVICES, INC.; and WELLS FARGO REAL ESTATE TAX SERVICES, LLC<br><br>Defendants. | No.: C-06-03327 (RMW) (RS)<br><br>**JOINT STIPULATION TO RELIEVE DEFENDANTS' OBLIGATION TO ANSWER THE REMAINING COUNT OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND [] ORDER**<br><br>[N.D. Cal. Civ. L. R. 6-1]<br><br>Courtroom: 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte |

**JOINT STIPULATION TO RELIEVE DEFENDANTS' OBLIGATION TO ANSWER THE REMAINING COUNT OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

This Joint Stipulation to Relieve Defendants' Obligation to Answer the Remaining Count of Plaintiffs' First Amended Complaint is entered into between Plaintiffs Armando and Alinda Martinez, on behalf of themselves and a class of others similarly situated (collectively, "plaintiffs"), and Defendants Wells Fargo Bank, N.A.; Wells Fargo Home Mortgage, Inc.; Wells Fargo Financial Services, Inc.; and Wells Fargo Real Estate Tax Services, LLC (collectively, "Wells Fargo"), by and through their counsel of record, with reference to the following facts:

1. On May 19, 2006, plaintiffs filed a Class Action Complaint against Wells Fargo. On October 6, 2006, plaintiffs filed a First Amended Complaint ("FAC").

Goodwin Procter LLP
101 California St., Suite 1850
San Francisco, CA 94111

2.   On November 3, 2006, Wells Fargo filed a motion to dismiss Counts Two through Six of the FAC.

3.   On March 30, 2007, the Court issued an Order Granting Motion to Dismiss Counts Two Through Six of First Amended Complaint. The Court granted plaintiffs leave to amend the FAC, except as to Count Two, within twenty days. The only remaining count is Count One.

4.   Wells Fargo's answer to Count One of the FAC currently is due April 9, 2007.

5.   Plaintiffs' counsel informed Wells Fargo's counsel that plaintiffs will file a second amended complaint.

6.   The parties believe that it would be a waste of the Court's and the parties own resources for Wells Fargo to answer the remaining count of the FAC.

7.   Accordingly, the parties stipulate that Wells Fargo will respond only to the second amended complaint.

IT IS THEREFORE STIPULATED that, subject to the approval of the Court, Wells Fargo be relieved of any obligation to answer the remaining count of the FAC. Wells Fargo will respond to plaintiffs' second amended complaint.

Dated: April 4, 2007.

GOODWIN PROCTER LLP
PATRICK S. THOMPSON
ROBERT B. BADER
101 California Street, Suite 1850
San Francisco, CA 94111
Tel: 415-733-6000
Fax: 415-677-9041

By _____/s/ Robert B. Bader_____

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO FINANCIAL SERVICES, INC.; and WELLS FARGO REAL ESTATE TAX SERVICES, LLC

Goodwin Procter LLP
101 California St., Suite 1850
San Francisco, CA 94111

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Robert B. Bader, hereby declare pursuant to general Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 4, 2007 at San Francisco, CA.

PACKARD, PACKARD & JOHNSON
RONALD D. PACKARD
VON G. PACKARD
JACQUETA BARDACOS
Four Main Street – Suite 200
Los Altos, CA 94022-2902
Tel: 650-947-7300
Fax: 650-947-7301

By [concurrence obtained, General Order 45, § X.B]
    Ronald D. Packard

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
TIMOTHY G. BLOOD
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
Fax: 619-231-7423

By [concurrence obtained, General Order 45, § X.B]
    Timothy G. Blood

THE LAW OFFICE OF MICHAEL E. HUBER, PC
MICHAEL E. HUBER
8170 S. Highland Drive, Suite E5
Sandy, UT 84093
Tel: 801-733-5807
Fax: 801-733-0132

By [concurrence obtained, General Order 45, § X.B]
    Michael E. Huber

Attorneys for Plaintiffs
ARMANDO and ALINDA MARTINEZ, on behalf of themselves and a class of others similarly situated

Goodwin Procter LLP
101 California St., Suite 1850
San Francisco, CA 94111

3
JOINT STIPULATION TO RELIEVE DEFENDANTS' OBLIGATION TO ANSWER THE REMAINING COUNT OF PLAINTIFFS' FIRST AMENDED COMPLAINT

**[PROPOSED] ORDER RELIEVING DEFENDANTS' OBLIGATION TO ANSWER THE REMAINING COUNT OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

For good cause shown in the Joint Stipulation, PURSUANT TO STIPULATION, IT IS SO ORDERED that Wells Fargo is relieved of any obligation to answer the remaining count of the FAC. Wells Fargo will respond to plaintiffs' second amended complaint.

Dated: __4/19/07_____      _____/s/ Ronald M. Whyte_____
                              HON. RONALD M. WHYTE