1
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
2
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
3
655 West Broadway, Suite 1900
San Diego, CA  92101
4
Telephone:  619/231-1058
619/231-7423 (fax)
5
timb@lerachlaw.com
leslieh@lerachlaw.com
6

7
PACKARD, PACKARD & JOHNSON
RONALD D. PACKARD (72173)
8
VON G. PACKARD (74877)
JACQUETTA BARDACOS (139211)
9
Four Main Street, Suite 200
Los Altos, CA  94022-2902
10
Telephone:  650/947-7300
650/947-7301 (fax)

11
Attorneys for Plaintiffs

12
UNITED STATES DISTRICT COURT

13
NORTHERN DISTRICT OF CALIFORNIA

14
SAN JOSE DIVISION          *E-FILED - 5/2/07*

15

16
ARMANDO and ALINDA MARTINEZ, on
Behalf of Themselves and a Class of Others
17
Similarly Situated,

                              Plaintiffs,
18

19
        vs.

20
WELLS FARGO HOME MORTGAGE, INC.,
et al.,
21
                              Defendants.

22

No. C-06-03327-RMW(RS)

CLASS ACTION

JOINT STIPULATION TO EXTEND DATE
FOR FILING AMENDED COMPLAINT
AND TO SET DATE FOR RESPONSE
THERETO; DECLARATION OF LESLIE E.
HURST; [] ORDER

[N.D. Cal. Civ. L. R. 6-2]

Crtrm:    6-Fourth Floor
Judge:    Hon. Ronald M. Whyte

23

24

25

26

27

28

This Joint Stipulation to Extend Date for Filing Amended Complaint and to Set the Date for a Response to Amended Complaint is entered into between plaintiffs Armando and Alinda Martinez, on behalf of themselves and a class of others similarly situated (collectively, "plaintiffs"), and defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Inc., Wells Fargo Financial Services, Inc. and Wells Fargo Real Estate Tax Services, LLC (collectively, "Wells Fargo"), by and through their counsel of record, with reference to the following facts:

1.      The Court's March 30, 2007 order on defendants' motion to dismiss gave plaintiffs until April 19, 2007 to file an amended complaint.

2.      Plaintiffs were previously granted a 10-day extension to file the amended complaint due to unforeseen scheduling conflicts and out-of-town work commitments.  *See* April 19, 2007 Order Extending Date for Filing Amended Complaint.

3.      Plaintiffs' counsel's scheduling conflicts and out-of-town work commitments have unavoidably continued.  The conflicts and out-of-town commitments are the result of legislative committee hearings and meetings and agency meetings in an unrelated case.

4.      Counsel for plaintiffs therefore respectfully request an additional one week extension to file their amended complaint.

5.      The extension will not affect the current dates scheduled in this case; the next case management conference can still be held on June 1, 2007, as scheduled.

6.      Counsel for defendants do not object to an extension and agree that the amended complaint be filed May 7, 2007.

7.      The Court has not yet set a date for any responsive pleading by which defendants would need to respond to the amended complaint.  By default, the date for such a response would be only 10 days.

8.      Defendants expect they will need 30 days to file a pleading in response to the amended complaint  as plaintiffs' counsel has indicated that the amended pleading will continue to be a putative nationwide class action.

9.      Therefore, defendants respectfully request that they be given 30 days, until June 7, 2007, to answer or otherwise plead in response to the amended complaint.

1    10.    Plaintiffs do not object to the requested extension.

2    IT IS THEREFORE STIPULATED that, subject to the approval of the Court, the filing date

3    of plaintiffs' amended complaint, currently set for April 30, 2007, should be extended to May 7,

4    2007.   IT IS FURTHER STIPULATED that, subject to the approval of the Court, defendants'

5    response to the amended complaint is extended to June 7, 2007.

6    DATED:  April 27, 2007                LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
7                                         TIMOTHY G. BLOOD
                                          LESLIE E. HURST
8

9                                         /s/ Leslie E. Hurst
10                                            LESLIE E. HURST

11                                        655 West Broadway, Suite 1900
                                          San Diego, CA  92101
12                                        Telephone:  619/231-1058
                                          619/231-7423 (fax)
13
                                          PACKARD, PACKARD & JOHNSON
14                                        RONALD D. PACKARD
                                          VON G. PACKARD
15                                        JACQUETTA BARDACOS
                                          Four Main Street, Suite 200
16                                        Los Altos, CA  94022-2902
                                          Telephone:  650/947-7300
17                                        650/947-7301 (fax)

18                                        LAW OFFICES OF MICHAEL HUBER
                                          MICHAEL E. HUBER
19                                        8170 South Highland Drive, Suite E5
                                          Sandy, UT  84093
20                                        Telephone:  801/733-5807
                                          801/733-0132 (fax)
21
                                          Attorneys for Plaintiffs
22

23

24

25

26

27

28

1    **DECLARATION PURSUANT TO GENERAL ORDER 45, §X.B**

2        I, Leslie E. Hurst, hereby declare pursuant to General Order 45, §X.B, that I have obtained

3    the concurrence in the filing of this document from the other signatory listed below.

4        I declare under penalty of perjury that the foregoing declaration is true and correct.

5        Executed on April 27, 2007 at San Diego, California.

6                                    LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
7                                    TIMOTHY G. BLOOD
                                     LESLIE E. HURST
8                                    655 West Broadway, Suite 1900
                                     San Diego, CA  92101
9                                    Telephone:  619/231-1058
                                     619/231-7423 (fax)
10

11                                   By: [Concurrence obtained, General Order 45, §X.B
                                             LESLIE E. HURST
12
                                     GOODWIN PROCTER LLP
13                                   PATRICK S. THOMPSON
                                     ROBERT B. BADER
14                                   101 California Street, Suite 1850
                                     San Francisco, CA 94111
15                                   415/733-6000
                                     415/677-9041 (fax)
16
                                     By: [Concurrence obtained, General Order 45, §X.B]
17                                           ROBERT B. BADER

18                                   GOODWIN PROCTER LLP
                                     THOMAS M. HEFFERON
19                                   WILLIAM F. SHEEHAN
                                     901 New York Avenue, N.W.
20                                   Washington, DC 20001
                                     202/346-4000
21                                   202/346-4444 (fax)

22                                   By: [Concurrence obtained, General Order 45, §X.B]
23                                           THOMAS M. HEFFERON

24                                   Attorneys for Defendants
                                     Wells Fargo Bank, N.A., Wells Fargo Home
25                                   Mortgage, Inc., Wells Fargo Financial Services, Inc.
                                     and Wells Fargo Real Estate Tax Services, LLC
26

27

28

1

2

**DECLARATION OF LESLIE E. HURST IN SUPPORT OF
JOINT STIPULATION TO EXTEND TIME**

3

I, Leslie Hurst, pursuant to Local Rule 6-2(a), hereby declare:

4

1.      Plaintiffs are requesting an extension of time for filing their amended complaint from

5

April 30, 2007 to May 7, 2007.  Plaintiffs request this extension because of unforeseen scheduling

6

conflicts caused by unforeseen out-of-town work commitments.

7

2.      Plaintiffs were previously granted one extension of time for filing the amended

8

complaint by joint stipulation and proposed order signed April 19, 2007.

9

3.      The Court has granted other time extensions in this case.  On July 14, 2006, the

10

parties filed a joint stipulation to enlarge the time within which the defendants must answer or

11

otherwise respond to plaintiffs' complaint.  The Court has also granted requested continuances of

12

Case Management Conferences.

13

4.      Extending the time within which plaintiffs may file their amended complaint will not

14

affect the current dates scheduled in this case.

15

I declare under penalty of perjury that the foregoing is true and correct.

16

Executed on April 27, 2007, at San Diego, California.

17

_____/s/ Leslie E. Hurst_____

18

LESLIE E. HURST

19

20

21

22

23

24

25

26

27

28

1

**[] ORDER EXTENDING DATE FOR
FILING AMENDED COMPLAINT**

2

3

   For good cause shown and PURSUANT TO THE JOINT STIPULATION, IT IS SO

4

ORDERED that plaintiffs may file their amended complaint up to and including May 7, 2007.  IT IS

5

FURTHER ORDERED that defendants' response to the amended complaint is due no later than

6

June 7, 2007.

7

   IT IS SO ORDERED.

8

DATED: ___5/2/07_____          _Ronald M. Whyte_____

9

                                THE HONORABLE RONALD M. WHYTE
                                UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

S:\CasesSD\Wells Fargo_RESPA\STP 00041390.doc

JOINT STIP TO EXTEND DATE FOR FILING AMENDED COMPLAINT;
DEC OF LESLIE E. HURST; [] ORDER - C-06-03327-RMW(RS)                    - 5 -

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on April 27, 2007, I electronically filed the foregoing with the Clerk of

3

the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6

participants indicated on the attached Manual Notice List.

7

8

   /s/ Leslie E. Hurst
LESLIE E. HURST

9

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP

10

655 West Broadway, Suite 1900
San Diego, CA  92101

11

Telephone:  619/231-1058
619/231-7423 (fax)

12

E-mail: leslieh@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

S:\CasesSD\Wells Fargo_RESPA\STP 00041390.doc

JOINT STIP TO EXTEND DATE FOR FILING AMENDED COMPLAINT;
DEC OF LESLIE E. HURST; [] ORDER - C-06-03327-RMW(RS)

- 1 -

Case 5:06-cv-03327-RMW    Document 52    Filed 05/02/07    Page 8 of 8

# Mailing Information for a Case 5:06-cv-03327-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Bader**
  rbader@goodwinprocter.com

- **Jacquetta Bardacos**
  jbardacos@packard.com jsimmons@packard.com

- **Timothy G. Blood**
  timb@lerachlaw.com ahull@lerachlaw.com

- **Thomas M. Hefferon**
  thefferon@goodwinprocter.com

- **Leslie E. Hurst**
  LeslieH@lerachlaw.com AHull@lerachlaw.com

- **Ronald D Packard**
  rdpackard@packard.com jsimmons@packard.com

- **Von G. Packard**
  vpackard@packard.com jsimmons@packard.com

- **William F. Sheehan**
  wsheehan@goodwinprocter.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael E. Huber
The Law Offices of Michael E. Huber PC
8170 S. Highland Drive
Suite E5
Sandy, UT 84093
```